UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Civil Action No. 2:12cv2769 JPM-tmp <br><br> Hon. Jon Phipps McCalla <br><br> JURY DEMAND |

**DECLARATION OF ORION ARMON IN SUPPORT OF
MEMORANDUM OF FACTS AND LAW IN SUPPORT OF FACEBOOK'S MOTION
TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I, Orion Armon, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Colorado. I am an attorney with Cooley LLP, counsel for Defendant Facebook, Inc. I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

2. Attached as **Exhibit 1** is a true and correct copy of a Big Easy Technologies, LLC, business plan, dated May 8, 2000.

3. Attached as **Exhibit 2** is a true and correct copy of a webpage link at http://www.dleg.state.mi.uslbcs_corp/results.asp accessed on December 15, 2012.

4. Attached as **Exhibit 3** is a true and correct copy of an Application Data Sheet 37 CFR 1.76, dated December 16, 2011.

5. Attached as **Exhibit 4** is a true and correct copy of a webpage link at http://tnbear.tn.gov /ECommerce/FilingDetail.aspx accessed on December 15, 2012.

6. Attached as **Exhibit 5** is a true and correct copy of a webpage link at http://www.businessinsider.com/facebook-amazon-and-linkedin-2012-9 accessed on December 15, 2012.

7. Attached as **Exhibit 6** is a true and correct copy of a Special Warranty Deed, dated April 11, 2012.

8. Attached as **Exhibit 7** is a true and correct copy of a webpage link at https://delecorp.delaware.gov/tin/controller accessed on December 15, 2012.

9. Attached as **Exhibit 8** is a true and correct copy of a Certificate of Assumed Name for B.E. Technology, LLC, dated January 25, 2012.

10. Attached as **Exhibit 9** is a true and correct copy of a B.E. Technology, LLC Company Annual Statement for 2012.

11. Attached as **Exhibit 10** is a true and correct copy of a Power of Attorney to Prosecute Applications Before the USPTO, dated May 4, 2011.

12. Attached as **Exhibit 11** is a true and correct copy of a Michigan Department of Consumer and Industry Services Filing Endorsement for B.E. Technology, LLC, dated April 11, 2001.

13. Attached as **Exhibit 12** is a true and correct copy of a B.E. Technology, LLC, Certificate of Renewal of Assumed Name, dated October 25, 2006.

14. Attached as **Exhibit 13** is a true and correct copy of a B.E. Technology, LLC Company Annual Statement for 2009, dated March 2, 2009.

15. Attached as **Exhibit 14** is a true and correct copy of a webpage link at http://portal.uspto.gov/external/portal/!ut/p/c5/04 accessed on December 15, 2012.

16. Attached as **Exhibit 15** is a true and correct copy of a webpage link at http://www.spotrunner.com/About/ExecutiveTeam.aspx accessed on December 15, 2012.

17. Attached as **Exhibit 16** is a true and correct copy of a webpage link at http://www.manta.com/g/mmbzczq/c-douglass-thomas accessed on December 18, 2012.

18. Attached as **Exhibit 17** is a true and correct copy of a webpage link at http://kepler.sos.ca.gov/cbs.aspx accessed on December 18, 2012.

19. Attached as **Exhibit 18** is a true and correct copy of a Revocation of Power of Attorney and Change of Correspondence Address for BEH Investments LLC, dated January 29, 2012.

20. Attached as **Exhibit 19** is a true and correct copy of a webpage link at http://www.linkedin.com/profile/view?id=252769&authType=NAME_SEARCH&authT accessed on December 18, 2012.

21. Attached as **Exhibit 20** is a true and correct copy of a webpage link at http://www.google.com/about/jobs/locations/san-francisco/ accessed on December 18, 2012.

22. Attached as **Exhibit 21** is a true and correct copy of a webpage link at http://en.wikipedia.org/wiki/Nat_Goldhaber accessed on December 18, 2012.

23. Attached as **Exhibit 22** is a true and correct copy of a webpage link at http://www.claremontcreek.com/view.cfm/11/Contact-Us accessed on December 18, 2012.

24. Attached as **Exhibit 23** is a true and correct copy of a webpage link at http://www.lbl.gov/cgi-bin/ds/ds.cgi?include=n&peopleName=fitts&deptName=&submit accessed on December 18, 2012.

25. Attached as **Exhibit 24** is a true and correct copy of a webpage link at http://www.linkedin.com/profile/view?id=798983&authType=NAME_SEARCH&authT accessed on December 18, 2012.

26. Attached as **Exhibit 25** is a true and correct copy of a webpage link at http://assignments.uspto.gov/assignments/q?db=pat&asnrd=BLATTNER,%20DOUGLAS accessed on December 18, 2012.

27. Attached as **Exhibit 26** is a true and correct copy of a webpage link at http://www.whitepages.com/name/Blattner/Las-vegas-NV accessed on December 18, 2012

28. Attached as **Exhibit 27** is a true and correct copy of Orbitz flight result costs from Saginaw, MI to Memphis, TN.

29. Attached as **Exhibit 28** is a true and correct copy of Orbitz flight result costs from New Orleans, LA to San Francisco, CA.

30. Attached as **Exhibit 29** is a true and correct copy of a Table C-5, U.S. District Courts-Median Time Intervals From Filing to Disposition of Civil Cases Terminated by District and Method of Disposition, During the 12-Month Period Ending March 31, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of January, 2013, at Broomfield, Colorado.

5

January 10, 2013                    Respectfully submitted,

                                    /s/     Orion Armon

                                    COOLEY LLP
                                    380 Interlocken Crescent, Ste. 900
                                    Broomfield, CO  80021-8023
                                    Telephone:    (720) 566-4000
                                    Fax:          (720) 566-4099
                                    *oarmon@cooley.com*

386460 v1/CO