UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FACEBOOK, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 12-cv-2769 JPM tmp <br><br> JURY DEMAND |

### DECLARATION OF JAMES LIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

I, James Lin, declare as follows:

1. I am an attorney with the law firm of Freitas Tseng & Kaufman LLP, counsel for Plaintiff B.E. Technology, L.L.C. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if asked to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of Facebook, Inc.'s Form 10-Q for the quarterly period ended September 30, 2012.

3. Attached hereto as **Exhibit B** is a true and correct copy of the 2011 Federal Court Management Statistics for Northern District of California and the Western District of Tennessee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of January, 2013, at Redwood Shores, California.

_____
James Lin