# Exhibit A

**EDGAR**Online

# FACEBOOK INC

## FORM 10-Q
(Quarterly Report)

Filed 10/24/12 for the Period Ending 09/30/12

| | |
|---|---|
| Address | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| Telephone | 650-618-7714 |
| CIK | 0001326801 |
| Symbol | FB |
| SIC Code | 7370 - Computer Programming, Data Processing, And |
| Industry | Computer Services |
| Sector | Technology |

Powered By EDGAROnline
http://www.edgar-online.com
© Copyright 2012, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

# PART I—FINANCIAL INFORMATION

## Item 1.  Financial Statements

**FACEBOOK, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
*(In millions, except for number of shares and par value)*
*(Unaudited)*

|  | September 30, 2012 | December 31, 2011 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
|     Cash and cash equivalents | $ 2,478 | $ 1,512 |
|     Marketable securities | 7,974 | 2,396 |
|     Accounts receivable, net of allowances for doubtful accounts of $18 and $17 as of September 30, 2012 and December 31, 2011, respectively | 635 | 547 |
|     Income tax refundable | 567 | — |
|     Prepaid expenses and other current assets | 631 | 149 |
|         Total current assets | 12,285 | 4,604 |
| Property and equipment, net | 2,289 | 1,475 |
| Goodwill and intangible assets, net | 1,423 | 162 |
| Other assets | 41 | 90 |
| **Total assets** | $ 16,038 | $ 6,331 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
|     Accounts payable | $ 59 | $ 63 |
|     Platform partners payable | 155 | 171 |
|     Accrued expenses and other current liabilities | 409 | 296 |
|     Deferred revenue and deposits | 85 | 90 |
|     Current portion of capital lease obligations | 372 | 279 |
|         Total current liabilities | 1,080 | 899 |
| Capital lease obligations, less current portion | 530 | 398 |
| Other liabilities | 254 | 135 |
|     Total liabilities | 1,864 | 1,432 |
| Stockholders' equity: | | |
|     Convertible preferred stock, $0.000006 par value, issuable in series; no shares and 569 million shares authorized as of September 30, 2012 and December 31, 2011, respectively, no shares and 543 million shares issued and outstanding as of September 30, 2012 and December 31, 2011, respectively | — | 615 |
|     Common stock, $0.000006 par value; 5,000 million and 4,141 million Class A shares authorized as of September 30, 2012 and December 31, 2011, respectively, 949 million and 117 million shares issued and outstanding as of September 30, 2012 and December 31, 2011, respectively, including 2 million and 1 million outstanding shares subject to repurchase as of September 30, 2012 and December 31, 2011, respectively; 4,141 million Class B shares authorized, 1,217 million and 1,213 million shares issued and outstanding as of September 30, 2012 and December 31, 2011, respectively, including 12 million and 2 million outstanding shares subject to repurchase as of September 30, 2012 and December 31, 2011, respectively | — | — |
|     Additional paid-in capital | 12,585 | 2,684 |
|     Accumulated other comprehensive loss | (6) | (6) |
|     Retained earnings | 1,595 | 1,606 |
|         Total stockholders' equity | 14,174 | 4,899 |
| **Total liabilities and stockholders' equity** | $ 16,038 | $ 6,331 |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

# FACEBOOK, INC.
## CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
*(In millions, except per share amounts)*
*(Unaudited)*

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---:|---:|---:|---:|
|  | 2012 | 2011 | 2012 | 2011 |
| **Revenue** | $ 1,262 | $ 954 | $ 3,504 | $ 2,580 |
| **Costs and expenses:** | | | | |
| Cost of revenue | 322 | 236 | 967 | 613 |
| Research and development | 244 | 108 | 1,102 | 264 |
| Marketing and sales | 168 | 114 | 703 | 272 |
| General and administrative | 151 | 82 | 717 | 222 |
| **Total costs and expenses** | 885 | 540 | 3,489 | 1,371 |
| **Income from operations** | 377 | 414 | 15 | 1,209 |
| Interest and other income (expense), net: | | | | |
| Interest expense | (11) | (10) | (35) | (26) |
| Other income (expense), net | 6 | (25) | 9 | (7) |
| Income (loss) before provision for income taxes | 372 | 379 | (11) | 1,176 |
| Provision for income taxes | 431 | 152 | — | 478 |
| **Net (loss) income** | $ (59) | $ 227 | $ (11) | $ 698 |
| Less: Net income attributable to participating securities | — | 77 | — | 235 |
| **Net (loss) income attributable to Class A and Class B common stockholders** | $ (59) | $ 150 | $ (11) | $ 463 |
| **(Loss) earnings per share attributable to Class A and Class B common stockholders:** | | | | |
| Basic | $ (0.02) | $ 0.11 | $ (0.01) | $ 0.36 |
| Diluted | $ (0.02) | $ 0.10 | $ (0.01) | $ 0.32 |
| **Weighted average shares used to compute (loss) earnings per share attributable to Class A and Class B common stockholders:** | | | | |
| Basic | 2,420 | 1,316 | 1,884 | 1,283 |
| Diluted | 2,420 | 1,520 | 1,884 | 1,507 |
| **Share-based compensation expense included in costs and expenses:** | | | | |
| Cost of revenue | $ 8 | $ 3 | $ 79 | $ 6 |
| Research and development | 114 | 33 | 719 | 72 |
| Marketing and sales | 28 | 13 | 279 | 24 |
| General and administrative | 29 | 21 | 311 | 39 |
| Total share-based compensation expense | $ 179 | $ 70 | $ 1,388 | $ 141 |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

5

# FACEBOOK, INC.
## CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
*(In millions)*
*(Unaudited)*

|  | Nine Months Ended September 30, | |
|---|---:|---:|
|  | 2012 | 2011 |
| **Cash flows from operating activities** | | |
| Net (loss) income | $ (11) | $ 698 |
| Adjustments to reconcile net (loss) income to net cash provided by operating activities: | | |
| Depreciation and amortization | 425 | 220 |
| Loss on write-off of equipment | 8 | 6 |
| Share-based compensation | 1,388 | 141 |
| Deferred income taxes | (434) | (29) |
| Tax benefit from share-based award activity | 854 | 405 |
| Excess tax benefit from share-based award activity | (854) | (405) |
| Changes in assets and liabilities: | | |
| Accounts receivable | (90) | (72) |
| Income tax refundable | (567) | — |
| Prepaid expenses and other current assets | 24 | (113) |
| Other assets | — | (25) |
| Accounts payable | 20 | 36 |
| Platform partners payable | (16) | 91 |
| Accrued expenses and other current liabilities | 162 | (9) |
| Deferred revenue and deposits | (5) | 44 |
| Other liabilities | 27 | 51 |
| **Net cash provided by operating activities** | 931 | 1,039 |
| **Cash flows from investing activities** | | |
| Purchases of property and equipment | (1,037) | (421) |
| Purchases of marketable securities | (8,590) | (2,742) |
| Sales of marketable securities | 571 | 95 |
| Maturities of marketable securities | 2,413 | 90 |
| Investments in non-marketable equity securities | (3) | (2) |
| Acquisitions of businesses, net of cash acquired, and purchases of intangible and other assets | (911) | (5) |
| Change in restricted cash and deposits | (2) | 5 |
| **Net cash used in investing activities** | (7,559) | (2,980) |
| **Cash flows from financing activities** | | |
| Net proceeds from issuance of common stock | 6,760 | 998 |
| Proceeds from exercise of stock options | 9 | 27 |
| Repayment of long term debt | — | (250) |
| Proceeds from sale and lease-back transactions | 205 | 15 |
| Principal payments on capital lease obligations | (231) | (128) |
| Excess tax benefit from share-based award activity | 854 | 405 |
| **Net cash provided by financing activities** | 7,597 | 1,067 |
| Effect of exchange rate changes on cash and cash equivalents | (3) | (5) |
| Net increase (decrease) in cash and cash equivalents | 966 | (879) |
| Cash and cash equivalents at beginning of period | 1,512 | 1,785 |
| **Cash and cash equivalents at end of period** | $ 2,478 | $ 906 |
| | | |
| **Supplemental cash flow data** | | |
| Cash paid during the period for: | | |
| Interest | $ 30 | $ 19 |
| Income taxes | $ 184 | $ 179 |
| Non-cash investing and financing activities: | | |

# SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this Quarterly Report on Form 10-Q to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Menlo Park, State of California, on this 24th day of October 2012.

**FACEBOOK, INC.**

| | |
|---|---|
| Date: October 24, 2012 | /s/ DAVID A. EBERSMAN |
| | David A. Ebersman |
| | Chief Financial Officer |
| | *(Principal Financial Officer)* |
| Date: October 24, 2012 | /s/ DAVID M. SPILLANE |
| | David M. Spillane |
| | Chief Accounting Officer |
| | *(Principal Accounting Officer)* |

EXHIBIT 31.1

## CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
## THE SARBANES-OXLEY ACT OF 2002

I, Mark Zuckerberg, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Facebook, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

.

Date: October 24, 2012

|   |   |
|---|---|
|   | /s/ MARK ZUCKERBERG |
|   | Mark Zuckerberg |
|   | *Chairman and Chief Executive Officer* |
|   | (Principal Executive Officer) |

EXHIBIT 31.2

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF**
**THE SARBANES-OXLEY ACT OF 2002**

I, David A. Ebersman, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Facebook, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: October 24, 2012

/s/ DAVID A. EBERSMAN

David A. Ebersman
*Chief Financial Officer*
(Principal Financial Officer)

EXHIBIT 32.1

# CERTIFICATION PURSUANT TO
# 18 U.S.C. SECTION 1350
# AS ADOPTED PURSUANT TO SECTION 906
# OF THE SARBANES-OXLEY ACT OF 2002

I, Mark Zuckerberg, Chairman and Chief Executive Officer of Facebook, Inc. (Company), do hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

- the Quarterly Report on Form 10-Q of the Company for the quarter ended September 30, 2012 (Report) fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

- the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company for the periods presented therein.

Date: October 24, 2012

/s/ MARK ZUCKERBERG

Mark Zuckerberg
*Chairman and Chief Executive Officer*
(Principal Executive Officer)

EXHIBIT 32.2

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350
AS ADOPTED PURSUANT TO SECTION 906
OF THE SARBANES-OXLEY ACT OF 2002**

I, David A. Ebersman, Chief Financial Officer of Facebook, Inc. (Company), do hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

- the Quarterly Report on Form 10-Q of the Company for the quarter ended September 30, 2012 (Report) fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

- the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company for the periods presented therein.

Date: October 24, 2012

/s/ DAVID A. EBERSMAN

David A. Ebersman
*Chief Financial Officer*
(Principal Financial Officer)