# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| B.E. TECHNOLOGY, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FACEBOOK, INC., )<br>)<br>Defendant. ) | Case No.: 2:12-cv-02769-JPM-tmp |

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE

Before the Court is the parties' joint Notice of Stipulation that Plaintiff's Motion To Strike Is Moot (ECF No. 46), filed February 11, 2013. The parties stipulate that Plaintiff's Motion To Strike (ECF No. 33), filed January 25, 2013, is rendered moot in light of Facebook's First Amended Answer (ECF No. 44), filed February 8, 2013. Having considered the record, the Court hereby DENIES AS MOOT Plaintiff's Motion To Strike.

**IT IS SO ORDERED** this 14th day of February, 2013.

s/ Jon P. McCalla_____
CHIEF U.S. DISTRICT JUDGE