# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| B.E. TECHNOLOGY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:12-cv-02769-JPM-tmp |
| v. ) | |
| ) | |
| FACEBOOK, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  The cause having come before the Court on Defendant Facebook, Inc.'s Motion for Judgment on the Pleadings (ECF No. 84) and the Court having ordered all pending claims dismissed as moot (ECF No. 87),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Dismissing Claims As Moot (ECF No. 87), all pending claims are hereby DISMISSED AS MOOT.

**SO ORDERED**, this 20th day of December, 2017.

                                                      /s/ Jon P. McCalla
                                                  JON P. McCALLA
                                                  UNITED STATES DISTRICT JUDGE